**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beehive Stud Rockers LLC, | No. CV-23-00243-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Knoebel Construction Incorporated, | |
| Defendant. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

The complaint in this case alleges jurisdiction based on diversity. *See* 28 U.S.C. § 1332. The complaint fails to sufficiently plead jurisdiction. *See Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006) (a limited liability company takes on the citizenship of all of its members). Thus, to properly plead diversity jurisdiction, a complaint must list the citizenship of every member of any party that is a limited liability company. *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 611 (9th Cir. 2016). This includes members that are themselves limited liability companies.

Accordingly,

/ / /

/ / /

/ / /

1    **IT IS ORDERED** that by March 17, 2023, Plaintiff shall file a supplement to the
2 complaint completely alleging the citizenship of all parties for purposes of diversity or this
3 case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.
4    Dated this 9th day of March, 2023.

James A. Teilborg
Senior United States District Judge