Brendan A. Melander, SBN 034777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 480-824-7890
Brendan.Melander@huschblackwell.com
*Attorney for Plaintiff/Counter defendant*
*Beehive Stud Rockers, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Beehive Stud Rockers, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Knoebel Construction, Inc.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2-23-cv-00243-JAT<br><br>**REVISED APPLICATION FOR WITHDRAWAL OF BRENDAN MELANDER AS COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT WITH CONSENT**<br><br>(Assigned to the Honorable James A. Teilborg) |

Attorney Brendan A. Melander of the law firm Husch Blackwell LLP, pursuant to LRCiv 83.3(b), hereby submits this *revised* application to this Court for an order allowing him to withdraw as the attorney of record for Plaintiff/Counterdefendant Beehive Stud Rockers, LLC ("BHS"). Attorney Melander has sought to withdraw as a result of professional considerations and due to the dissolution of BHS as a business entity. Attorney Melander has notified and served BHS in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions. Further, Attorney Melander has explained to BHS that it must appear in this Court through an attorney, and it has thirty (30) days from the filing of this revised application to obtain substitute counsel or the complaint and

counterclaim will be stricken. [Doc. 35] The name, business address, and telephone number of BHS's manager/owner is as follows:

>Beehive Stud Rockers, LLC dba BHS Rockers
>Jason Winkler
>2970 E. Devonshire Cir.
>Salt Lake City, Utah 84108
>jason@makersline.com
>(307) 200-1466

Moreover, pursuant to LRCiv 83.3(b)(1) and attached to the end of this application, BHS provides written approval for Brendan A. Melander of Husch Blackwell LLP to withdraw as counsel.

Dated: May 23, 2024

>/s/ Brendan A. Melander
>Brendan A. Melander, SBN 034777
>HUSCH BLACKWELL LLP
>2415 E. Camelback Road, Suite 500
>Phoenix, AZ 85016
>Brendan.Melander@huschblackwell.com
>*Former Attorney for Plaintiff/Counter-Defendant Beehive Stud Rockers, LLC*

2

HB: 4893-9959-1361.1

**CLIENT CONSENT TO WITHDRAWAL AS ATTORNEY OF RECORD**

I, Jason Winkler, the manager/owner of Plaintiff/Counter-Defendant Beehive Stud Rockers, LLC dba BHS Rockers, hereby give permission for Brendan A. Melander of Husch Blackwell LLP to withdraw as counsel in the above-captioned action.

Dated:

_____
Jason Winkler, Manager/Owner
*Beehive Stud Rockers, LLC dba BHS*
*Rockers, Plaintiff/Counter-Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record via the Court's electronic filing system on this 24th day of May, 2024, and served via U.S. Mail and email upon:

Beehive Stud Rockers, LLC dba BHS Rockers
Jason Winkler
2970 E. Devonshire Cir.
Salt Lake City, Utah 84108
jason@makersline.com


By: /s/ Lisa Mocek

4