# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Beehive Stud Rockers, LLC, | Case No. 2-23-cv-00243-JAT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Assigned to the Honorable James A. Teilborg) |
| Knoebel Construction, Inc., | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

Pursuant to Brendan A. Melander of the law firm Husch Blackwell LLP's Application for Withdrawal as counsel for Plaintiff/Counterdefendant Beehive Stud Rockers, LLC ("BHS") and good cause appearing:

**IT IS HEREBY ORDERED** that:

Attorney Brendan A. Melander is hereby given leave to withdraw as counsel for BHS, and his appearance as counsel of record for BHS is hereby terminated.