# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beehive Stud Rockers LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Knoebel Construction Incorporated,<br><br>  Defendant. | NO. CV-23-00243-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's orders filed July 9, 2024 and August 12, 2024 dismissing the amended complaint without prejudice and the counterclaim with prejudice, judgment is hereby entered, and this case is dismissed in its entirety.

    Debra D. Lucas
    District Court Executive/Clerk of Court

August 12, 2024

        s/ E. Aragon
By   Deputy Clerk