# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beehive Stud Rockers LLC, | NO. CV-23-00243-PHX-JAT |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT OF** |
| Knoebel Construction Incorporated, | **DISMISSAL IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's orders filed July 9, 2024, August 12, 2024 and August 14, 2024, the amended complaint and the counter claim are dismissed without prejudice. Judgment is hereby entered, and this case is dismissed in its entirety.

Debra D. Lucas
District Court Executive/Clerk of Court

August 14, 2024

By   s/ E. Aragon
     Deputy Clerk